162 A.3d 838

WATTS, Barrington Dean

v.

STATE of Maryland

Pet. Docket No. 52, Sept.Term, 2017

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 98, Sept. Term, 2016).

Petition for writ of certiorari and conditional cross-petition—both granted. Transferred to the regular docket as No. 17, Sept. Term, 2017.

∎

162 A.3d 838

AKINYOYENU

v.

KESWICK HOMES

Pet. Docket No. 63, Sept.Term, 2017

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1126, Sept. Term, 2015; No. 770, Sept. Term, 2016).

Petition for writ of certiorari denied.